**Dismiss and Opinion Filed October 21, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-00387-CV**

_____

**DR. KIMBERLY EZELL, Appellant**
**V.**
**WEST LOVE, LLC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-01510-E**

## MEMORANDUM OPINION

Before Justices Myers, Pedersen, III, and Garcia
Opinion by Justice Pedersen, III

On September 16, 2022, we directed appellant to file her overdue brief and an extension motion within ten days. Although we cautioned appellant that failure to comply would result in the appeal being dismissed, *see* TEX. R. APP. P. 38.8(a)(1), appellant has not complied or otherwise communicated with the Court. Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

220387f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

DR. KIMBERLY EZELL, Appellant

No. 05-22-00387-CV     V.

WEST LOVE, LLC, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-22-01510-E.
Opinion delivered by Justice Pedersen, III, Justices Myers and Garcia participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 21st day of October 2022.